THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JOE HAND PROMOTIONS, INC. | CASE NO. 2:14-cv-05136-WDK-E |
|---|---|
| Plaintiff, | ORDER GRANTING |
| vs. | STIPULATED JUDGMENT |
| EDGAR RENE RAMIREZ, | |
| Defendant. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Twenty Thousand Dollars ($20,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff Joe Hand Promotions, Inc., and against EDGAR RENE RAMIREZ, individually and d/b/a EL CHILITO #2

///

///

STIPULATED JUDGMENT
CASE NO. 2:14-cv-05136-WDK-E
Page 1

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment only in the event of default of the Parties' settlement agreement and written notification of same to this Honorable Court by counsel of record.

**IT IS SO ORDERED**:

_____      Dated:     02/03/2015

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///

**PROOF OF SERVICE (SERVICE BY MAIL)**

**STIPULATED JUDGMENT**
**CASE NO. 2:14-cv-05136-WDK-E**
**Page 2**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 5, 2014, I served:
 **[Proposed] ORDER GRANTING STIPULATED JUDGMENT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Edgar Rene Ramirez                  (Defendant)
733 S. Oxnard Blvd.
Oxnard, CA 93030

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 5, 2014, at South Pasadena, California.

Dated: December 5, 2014

**VANESSA VENTURA**